## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 2:20-CV-14012-XXXX-RLR

Plaintiff:
**DAVID POSCHMANN,**

vs.

Defendant:
**SIVEL PROPERTIES, LLC and SIVEL-USA, LLC,**

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

OJF2020002402

Received by 24 HOUR PROCESS, LLC on the 11th day of February, 2020 at 9:30 am to be served on **SIVEL PROPERTIES, LLC, 3444 MAIN HWY, STE #9, MIAMI, FL.**

I, RAMON LOPEZ, do hereby affirm that on the **5th day of March, 2020** at **12:50 pm**, I:

**.CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SYLVAN BIGNON** as **MANAGER** of **SIVEL PROPERTIES, LLC** 8100 OAK LN, PENTHOUSE 403, MIAMI LAKES, FL 33016, and informed said person of the contents therein. Service was completed on the named individual after due diligence to locate the registered agent or any other officer for **SIVEL PROPERTIES, LLC** without success. This service is in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081 or other state statute as applicable.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

RAMON LOPEZ
CPS #40

24 HOUR PROCESS, LLC
6742 FOREST HILL BLVD
#300
WEST PALM BEACH, FL 33413
(561) 705-2378

Our Job Serial Number: OJF-2020002402
Ref: SIVEL PROPERTIES, LLC

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g