UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14012-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

SIVEL PROPERTIES, LLC,
et al.,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 11**

Plaintiff, by and through his undersigned counsel, hereby provides notice of striking Docket Entry 11.

Dated this 25th day of March, 2020.

                                              s/Lee D. Sarkin_____
                                              DREW LEVITT, ESQ.
                                              drewmlevitt@gmail.com
                                              Florida Bar No: 782246
                                              LEE D. SARKIN, ESQ.
                                              LSarkin@aol.com
                                              Florida Bar No. 962848
                                              Attorneys for Plaintiff
                                              4700 N.W. Boca Raton Blvd.
                                              Suite 302
                                              Boca Raton, Florida 33431
                                              Telephone (561) 994-6922
                                              Facsimile  (561) 994-0837
                                              Attorneys for Plaintiff

**Certificate of Service**

      I hereby certify that on March 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

s/Lee D. Sarkin
DREW M. LEVITT, ESQ.
Florida Bar No. 782246
drewmlevitt@gmail.com
LEE D. SARKIN, ESQ.
Florida Bar No. 962848
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Facsimile (561) 994-0837
Attorneys For Plaintiff

**SERVICE LIST**

Lowell J. Kuvin, Esq.
The Law Office Of Lowell J. Kuvin, LLC
lowell@kuvinlaw.com, legal@kuvinlaw.com
17 East Flagler Street, Suite 223
Miami, Florida 33131
Attorney for Defendants